# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-05879

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Terry Wade Frazier and Holly Marie Frazier,<br><br>Debtors.<br>_____<br>Wells Fargo Bank, N.A.,<br><br>Movant,<br><br>vs.<br><br>Terry Wade Frazier and Holly Marie Frazier, Debtors; S. William Manera, Trustee.<br><br>Respondents. | No. 2:10-bk-03847-RTB<br><br>Chapter 7<br><br>MOVANT'S MOTION TO LIFT<br>THE AUTOMATIC BANKRUPTCY STAY<br><br><br>RE: Real Property Located at<br>11753 N. 93rd Street<br>Scottsdale, AZ 85260 |

Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtors by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 11th day of March, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant

## MEMORANDUM OF POINTS AND AUTHORITIES

Terry Wade Frazier and Holly Marie Frazier filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. S. William Manera was appointed trustee of the bankruptcy estate. Debtors have an interest in that certain real property located in Maricopa County, AZ, more particularly described as:

LOT 52, SCOTTSDALE VISTA TOWN HOMES UNIT III, ACCORDING TO BOOK 235 OF MAPS, PAGE 18, RECORDS OF MARICOPA COUNTY, ARIZONA

Debtors executed a Note secured by a Deed of Trust, dated July 22, 2003, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference.

The Note and Deed of Trust reflect Suburban Mortgage, Inc., an Arizona Corporation as "Lender". Upon information and belief the Suburban Mortgage, Inc., an Arizona Corporation in no longer in business and is not in possession of the custodial file. Pursuant to the terms of the Note and Deed of Trust Mortgage Electronic Registration Systems, Inc. "MERS" is a separate Corporation that is acting as nominee for Suburban Mortgage, Inc., an Arizona Corporation.

The Note and the beneficial interest in the Deed of Trust is currently held by Wells Fargo Bank, N.A. The Assignment of Deed of Trust was recorded in the Official Records of Maricopa County, State

of Arizona. A true and correct copy of the Assignment of Deed of Trust is attached hereto as Exhibit "C" and incorporated herein by reference.

Wells Fargo Bank, N.A. acquired the servicing rights to the Note from Wells Fargo Bank, N.A., and currently has possession of the custodial file. The Debtor was notified of the transfer of servicing rights in accordance with applicable federal law and Debtor acknowledges that Wells Fargo Bank, N.A. is the servicer pursuant to Debtor's Schedule D, which is attached hereto as Exhibit "D" and incorporated herein by this reference.

Debtors are in default on their obligations to Movant for which the property is security, and payments are due under the Promissory Note from and after January 1, 2010.

Movant is informed and believes and therefore alleges that the Debtors and the bankruptcy estate have no equity in the property. Pursuant to Debtors statement of intentions the debtor intends on surrendering his interest in the subject property. A true and correct copy of the Debtor's Statement of Intention is attached hereto as Exhibit "E".

Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 11753 N. 93rd Street, Scottsdale, AZ. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtors, their bankruptcy estate, the property, and Movant; to allow Movant to foreclose

///
///
///

the lien of its Deed of Trust or Mortgage; to evict Debtors and/or successors of Debtors; and to obtain ownership, possession and control of the Property.

DATED this 11th day of March, 2010.

                                      TIFFANY & BOSCO, P.A.

                                      By  /s/ MSB # 010167
                                            Mark S. Bosco
                                            Leonard J. McDonald
                                            2525 East Camelback Road, Suite 300
                                            Phoenix, Arizona 85016
                                            Attorneys for Movant